**DISMISS and Opinion Filed September 23, 2019.**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01100-CV

## IN THE INTEREST OF A.G.N., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-51430-2019**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Carlyle

Appellants have moved to dismiss this appeal. We grant appellants' motion and dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

191100F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.G.N., A CHILD

No. 05-19-01100-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-51430-2019.
Opinion delivered by Justice Carlyle.
Justices Pedersen, III and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees Stevii McGuire and Jonathan Nicholson recover their costs of this appeal, if any, from appellants Donna Nicholson and Gary Nicholson.

Judgment entered this 23rd day of September, 2019.